**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT B. HICKS,             :   No. 536 MAL 2022

            Petitioner      :

            :   Petition for Allowance of Appeal
            :   from the Order of the Superior Court
            v.           :

GLOBAL DATA CONSULTANTS, LLC,   :

            Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 16th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.